UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-328-1FL(4)

FILED IN OPEN COURT
on TB 12/17/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN RE: :
 :
ONE-COUNT INDICTMENT : ORDER TO SEAL INDICTMENT
OF DECEMBER 17, 2013 :

Upon the motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on 17 December 2013, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrant(s) for the defendant(s) and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

It is FURTHER ORDERED that this matter will be unsealed at the time of the defendant's arrest.

This the 17 day of December, 2013.

JAMES E. GATES
United States Magistrate Judge