UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO: 5:13-CR-328-FL-1

NIKHIL NILESH SHAH

**ORDER**

In order that proceedings may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total ONE HUNDRED THIRTY-FIVE and 00/100 DOLLARS ($135.00). The clerk is DIRECTED to have The Chelsea Restaurant direct bill the Clerk's Office for the sum of ONE HUNDRED THIRTY-FIVE and 00/100 DOLLARS ($135.00).

06/19/2015
Date

LOUISE W. FLANAGAN
United States District Judge