# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

      vs.                                    **CASE NO: 5:13-CR-328-FL-1**

**NIKHIL NILESH SHAH**

## ORDER

In order that proceedings may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total ONE HUNDRED TWENTY-NINE and 39/100 DOLLARS ($129.39). The clerk is DIRECTED to have Domino's Pizza direct bill the Clerk's Office for the sum of ONE HUNDRED TWENTY-NINE and 39/100 DOLLARS ($129.39)

  06/23/2015
Date

LOUISE W. FLANAGAN
United States District Judge