UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO: 5:13-CR-328-1FL

NIKHIL NILESH SHAH

ORDER

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $55.98. The clerk is DIRECTED to have Smithfield's Chicken 'N Bar-B-Q direct bill the Clerk's Office for the sum of $55.98.

6/24/2015
Date

LOUISE W. FLANAGAN
United States District Judge